1  FREEMAN, FREEMAN & SMILEY, LLP
   JOSEPH E. MUDD (BAR NO. 141479)
2  Suite 1050
   1920 Main Street
3  Irvine, California 92614
   Telephone: (949) 252-2777
4  Facsimile: (949) 252-2776

5  Attorneys for Plaintiff
   SC STAFFING SOLUTIONS, INC., a California coporation

2010 FEB 22 AM 11:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
FILED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SC STAFFING SOLUTIONS, INC., a California corporation;, | Case No. SACV10-00214 JVS (RNBx) |
|---|---|
| Plaintiff, | PETITION TO QUASH SUMMONS |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

PETITIONERS, by and through their attorney, petition the District Court for the Central District of California, pursuant to 26 U.S.C. §7609(b)(2), to Quash the Summons served by the Commissioner of the Internal Revenue Service upon Bank of America on or Before February 1, 2010, seeking banking records of Petitioners in an unknown tax collection matter, issued by C. Fox who is known to be a Revenue Officer under employment of the Defendant, and located in Laguna Niguel, CA.

In support thereof, Petitioner respectfully shows:

1. Identity of Petitioner. Petitioner SC Staffing Solutions, Inc. is a California corporation with principle offices in Santa Ana, California.

2. Jurisdiction. The United States District Court for the Central District of California has jurisdiction over this matter pursuant to 26 U.S.C. §7609(h).

---
1
PETITION TO QUASH SUMMONS

1084535.1
21950-200

3. Summons. On or before February 1, 2010, the Commissioner of the Internal Revenue Service served a Summons upon Bank of America, P.O. Box 3609, Los Angeles, California 90051, requiring Bank of America to produce copies of certain checks from the corporate checking account of Plaintiff. Copies of the Summons was not served upon the plaintiff, however, plaintiff received notice from the Bank of America that it had received a summons by letter attached hereto as Exhibit A.

4. Third Party Summons. The United States, through the Secretary of Treasury, is authorized to summons, examine and inspect the records of taxpayers to aid in the collection of tax. Further, the Secretary is authorized to summons such information from third parties. 26 U.S.C. §7602. The Supreme Court has stated that the IRS summons will be enforced if the IRS demonstrates "that the investigation will be conducted pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed. When the Internal Revenue Service demonstrates that it has complied with these standards, the taxpayer must go forward with evidence that enforcement of the summons would be an abuse of process." United States v. Powell, 379 U.S. 48, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964). The Powell Court further stated that an abuse of process would be evident if the summons were issued for an improper purpose, such as to harass the taxpayer, or for any other purpose reflecting on the good faith of the particular investigation.

Section 7609(b)(2) permits a non-taxpayer affected person to challenge third-party summonses by way of Petitions to Quash. Plaintiff believes that it is a non-taxpayer as there are no known taxes assessed against or due from the plaintiff.

5. Plaintiff believes that there is no legitimate purpose in the Commissioner's Summons request for the production of Petitioner banking records from the bank belonging to someone who is not the taxpayer nor owned by the taxpayer.

6. The plaintiff believes that the records sought do not relate to the taxpayer. They are the records of plaintiff corporation, which asserts that it is not the taxpayer. The Commissioner has abused the summons process by failing to give notice of the Summons to the

FREEMAN, FREEMAN & SMILEY, LLP
SUITE 1050
1920 MAIN STREET
IRVINE, CALIFORNIA 92614
(949) 252-2777

1084535.1
21950-200

1 | owner of the account as no notice of this summons was served upon plaintiff I.R.C.
2 | §7609(c)(2)(D).
3 |     7.    Petitioner has not been assessed under any provision of the Internal Revenue
4 | Code and has no taxes due to the best of its knowledge.
5 |     8.    This Summons should be quashed, all information received returned to
6 | Petitioner, and the Respondent instructed to properly notice these Petitioners if further information
7 | is sought from their third party record keeper.

Dated: February 19, 2010                FREEMAN, FREEMAN & SMILEY, LLP

By: _____
    JOSEPH E. MUDD
    Attorneys for Plaintiff
    SC STAFFING SOLUTIONS, INC., a
    California coporation

FREEMAN, FREEMAN & SMILEY, LLP
SUITE 1050
1920 MAIN STREET
IRVINE, CALIFORNIA 92614
(949) 252-2777

3
PETITION TO QUASH SUMMONS

1084535.1
21950-200

**EXHIBIT A**

**Bank of America**

Bank of America
Legal Order Processing
CA9-705-05-19
PO BOX 3609
Los Angeles, CA 90051

February 01, 2010

SC STAFFING SOLUTIONS INC
2339 S AZUSA AVE
WEST COVINA, CA 91792-0000

RE: Reference # L012910000706
Case: SC Staffing Solutions Inc.
Customer Name: SC STAFFING SOLUTIONS INC

RE: NOTICE OF LEGAL PROCESS

Bank of America, N.A. has received a subpoena and/or summons pertaining to the above referenced case. The Bank is obligated to comply and produce the requested records and information, unless we receive a court order ordering us not to do so. Bank of America will be producing the documents on February 22, 2010. If you wish to contest this procedure, you should consult with an attorney as soon as possible.

Please be advised that the party that issued the request does not disclose the reason for the request of your records. If you need further information, please contact the party that issued the subpoena. Any questions or concerns you may have regarding this subpoena and /or summons should be addressed directly with the requestor. For your convenience, we have listed the contact information below

Should you need to forward any additional correspondence to us regarding this matter, please direct it to the address noted above. When contacting the Bank regarding this subpoena please use the Reference # L012910000706.

Subpoena Processing
213-240-8636
9RB


INTERNAL REVENUE SERVICE
C. FOX
24000 AVILA ROAD, M/S 5109
LAGUNA NIGUEL, CA 92677
949-389-4489

05-17-1495B  07-2000