```
ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
SBN 229637
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115
  Email: valerie.makarewicz@usdoj.gov
```

JS - 6

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SC STAFFING SOLUTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. SA CV 10-214 JVS (RNBx)<br><br>GRANTING STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO DISMISS PETITION TO QUASH SUMMONS ON THE GROUNDS OF MOOTNESS |

　　　Based on the stipulation filed by the parties in this action, and for good cause appearing, it is hereby ordered that:

　　　1.　That the Petition to Quash Summons, filed on February 22, 2010, is dismissed without prejudice on the grounds of mootness, as the underlying administrative summons, issued on January 25, 2010 by the Internal Revenue Service, has been withdrawn.

///

///

1

2.  As between Plaintiff and Defendant United States of America, each party shall bear its own costs and attorney's fees in connection with this proceeding.

**IT IS SO ORDERED.**

DATED: July 1, 2010

_____
HONORABLE JAMES V. SELNA
United States District Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney

2